IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MYLAR MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. __CV422-139__ |
| WALMART STORES EAST LP ) | |
| (DELAWARE) ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant petitions for removal of the action herein from the State Court of Chatham County to the United States District Court for the Southern District of Georgia, Savannah Division and respectfully shows the Court the following:

1. Plaintiff filed the above-styled civil action in the State Court of Chatham County, Civil Action File No. STCV2200663 on April 19, 2022. Attached as Exhibit "A" are copies of all process, pleadings, and orders filed in that action known to Defendant.

2. Plaintiff's Complaint alleges that she was injured in a slip and fall accident at the Walmart Stores East LP located at 1955 E. Montgomery Cross Road, Savannah, Georgia. (Exhibit "A", Plaintiff's Complaint, ¶4).

3. Plaintiff filed suit in Chatham County, Georgia, based on the fact that she is a resident of the state of Georgia. (Exhibit "A", Plaintiff's Complaint, ¶4).

4. As discussed in greater detail below, Defendant removes this case as this Court has diversity jurisdiction over this action under 28 U.S.C. § 1332, which requires (a) complete diversity of citizenship between the parties and (b) an amount in controversy exceeding $75,000.

5. The parties are citizens of different states. Based on reasonable inquiry and Plaintiff's allegations, Plaintiff is a Georgia citizen. (See Exhibit "A" Complaint, ¶1.) Defendant Walmart Stores East LP is a corporation formed under the laws of the State of Delaware with their principal places of business located in Arkansas. (See Exhibit "B": Certificate of Authority to Transact Business). Consequently, complete diversity of citizenship exists between the parties. *See* 28 U.S.C. § 1332(a)(1).

6. Plaintiff's Complaint states $64,770.08 in damages. (Exhibit "A" Complaint). Additionally, Plaintiff made a pre-suit demand in the amount of $500,000 attached to which was an itemization of her medical bills. (Exhibit "C"). The Court is authorized to consider the information contained in this document as an "other paper" for purposes of determining jurisdiction. *Helmly v. Kmart Corporation*, 2016 WL 5419435 (USDC for the SD of GA, Statesboro Division).

7. Consequently, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332 (a), 1441, and 1446 because (a) complete diversity exists between the parties to this action and (b) the amount in controversy is in excess of $75,000.00.

8. By service of a copy of this Notice of Removal as evidenced by the Certificate of Service attached, Defendant gives notice of such removal to Plaintiff as required by 28 U.S.C. § 1446.

9. A true and correct copy of this Notice of Removal will be filed with the Clerk of State Court of Chatham County, Georgia as required by 28 U.S.C. §1446(d). (Exhibit "D").

**Wherefore**, Defendant prays that the above-styled lawsuit be removed to the United States District Court for the Southern District of Georgia, Savannah Division, that this Court take cognizance and jurisdiction over this claim from the State Court of Chatham County, Georgia,

and that this action shall proceed as removed and under this Court's jurisdiction under 28 U.S.C. § 1332.

Respectfully submitted, this 27th day of May, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
Ann H. Searcy
Georgia Bar No. 633302
*Attorneys for Defendant*

777 Gloucester Streets
Suite 305
Brunswick, Georgia  31520
(912) 280-9662
gmeader@deflaw.com
searcya@deflaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MYLAR MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.  **CV422-139** |
| WALMART STORES EAST LP ) | |
| (DELAWARE) ) | |
| ) | |
| Defendant. ) | |

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** using the Court's electronic filing system, which automatically sends notice to the following counsel of record:

David Eichholz
The Eichholz Law Firm
319 Eisenhower Drive
Savannah, Georgia 31406

This 27th day of May, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
Ann H. Searcy
Georgia Bar No. 633302
*Attorneys for Defendant*

777 Gloucester Streets
Suite 305
Brunswick, Georgia  31520
(912) 280-9662
gmeader@deflaw.com
searcya@deflaw.com

-4-