UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MYLAR MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-139 |
| | ) | |
| WALMART STORES EAST LP (DELAWARE), | ) ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Extend Deadlines. Doc. 16.  For good cause shown, the joint motion is **GRANTED**.  Doc. 16.

The Court imposes the following deadlines in the above-styled case:

| | |
|---|---|
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY PLAINTIFF** | October 11, 2022 |
| **LAST DAY TO FURNISH EXPERT WITNESS REPORTS BY DEFENDANT** | November 10, 2022 |
| **CLOSE OF DISCOVERY** | January 9, 2023 |
| **JOINT STATUS REPORT DUE** | January 23, 2023 |
| **LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS *IN LIMINE*** | February 9, 2023 |

1

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED**, this 15th day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA