UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MYLAR MOORE,              )
                          )
       Plaintiff,         )
                          )
v.                        )     CV422-139
                          )
WALMART STORES EAST LP    )
(DELAWARE),               )
                          )
       Defendant.         )

## AMENDED SCHEDULING ORDER

The parties' deadline for filing a post-discovery joint status report was May 22, 2023, and the only remaining deadline in the operative Amended Scheduling Order is the June 9, 2023 deadline for filing civil motions, including *Daubert* motions but excluding motions *in limine*. See doc. 28 at 1. On May 22, 2023, the parties filed a joint motion seeking a 60-day stay of all deadlines in this case to afford them an opportunity to "explore the possibility of settlement and possibly resolve the case through negotiations." Doc. 29 at 1. The Court declines to stay all deadlines given the parties' vague description of the prospects of settlement, and their motion is therefore **DENIED**. Doc. 29.

However, the Court finds that extensions of both the status report and civil motions deadlines are appropriate to afford the parties the requested opportunity to discuss settlement of this case. Accordingly, the Court *sua sponte* **EXTENDS** those deadlines to the following dates. *See* Fed. R. Civ. P. 6(b)(1).

| | |
|---|---|
| **JOINT STATUS REPORT DUE** | June 23, 2023 |
| **LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS *IN LIMINE*** | July 24, 2023 |

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

The parties' joint status report must summarize the status of discovery, the status of their efforts to resolve the case, and whether either party anticipates filing civil motions before the July 24, 2023 deadline. Additionally, the parties indicate in their joint motion that they may seek a Court-directed mediation before the undersigned. Doc. 29 at 1. To the extent the parties seek a Court-directed mediation, they remain free to make that request in a motion pursuant to the undersigned's Standard Procedures for Discovery Disputes and

Settlement Conferences in Civil Cases (available at https://www.gasd.uscourts.gov/judge-ray-instructions-and-forms).

**SO ORDERED**, this 24th day of May, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA